# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHAD SIEDLIK and MELISSA SIEDLIK., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant. | 8:24CV27 <br><br> ORDER |

    A telephone conference was held with counsel for the parties on January 16, 2025, before the undersigned magistrate judge regarding discovery disputes. In advance of the conference, the parties submitted position statements and other documents regarding the dispute, which the undersigned magistrate judge reviewed and has attached to this Order. The undersigned magistrate judge's rulings were stated on the record during the telephone call, contained in the audio file at Filing No. 41.

    **IT IS SO ORDERED.**

Dated this 17th day of January, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge