IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHAD SIEDLIK, and MELISSA SIEDLIK,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | 8:24CV27<br><br>ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

This case is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, signed by counsel for the parties. Filing 46. The parties stipulate that all claims and causes of actions in this matter should be dismissed with prejudice, with each party to bear its own fees and costs. Accordingly,

IT IS ORDERED the parties' Joint Stipulation for Dismissal with Prejudice, Filing 46, is accepted, and all claims and causes of actions in this matter are dismissed with prejudice, with each party to bear its own fees and costs.

Dated this 18th day of March, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge